In the Matter of the Claim of SIDNEY L. DAVIS, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.

Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.